# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 71.38.18.46,<br><br>   Defendant. | Case Number: 2:18-cv-00633-GMN-CWH<br><br>[PROPOSED] ORDER ON PLAINTIFF'S EX-PARTE APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT |

  THIS CAUSE came before the Court upon Plaintiff's ex-parte application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

  ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until September 14, 2018 to effectuate service of a summons and Complaint on Defendant.

            **IT IS SO ORDERED.**

            _____
            **UNITED STATES MAGISTRATE JUDGE**

            DATED: July 11, 2018

1

[Proposed] Order on Plaintiff's Ex-Parte Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant